[No. 5191–5–II.   Division Two.   October 13, 1982.]

CHARLES CURTIS, ET AL, *Respondents,* v. D–N TWO, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 294922, Waldo F. Stone, J., entered October 31, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 4537–4–III.   Division Three.   October 14, 1982.]

*In the Matter of* ROBERT L. SCHUH, *Respondent,* v. THE DEPARTMENT OF ECOLOGY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 26784, Clinton J. Merritt, J., entered April 6, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 9341–0–I.   Division One.   October 18, 1982.]

TOYO REEF INDUSTRIES, LTD., *Respondent,* v. WATERS ENTERPRISES, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–2–00215–1, Byron L. Swedberg, J., entered September 16, 1980. *Reversed* and *remanded* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J.

[No. 10614–7–I.   Division One.   October 18, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LIONEL JAMES BERRYSMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–02711–5, Jack Richey, J. Pro Tem., entered August 4, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Corbett, J.